BRYAN SCHRODER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:19-cr-00033-TMB-DMS |
|---|---|---|
| Plaintiff, | ) | COUNT 1 and 3: |
| | ) | DISTRIBUTION OF A |
| v. | ) | CONTROLLED SUBSTANCE |
| | ) | Vio. of 21 U.S.C. § 841(a)(1), |
| NATHAN MICHAEL KLINGER, | ) | (b)(1)(B) |
| | ) | |
| Defendant. | ) | |
| | ) | COUNT 2: |
| | ) | FELON IN POSSESSION OF A |
| | ) | FIREARM AND AMMUNITION |
| | ) | Vio. of 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

//

//

## COUNT 1

On or about February 27, 2018, within the District of Alaska, the defendant, NATHAN MICHAEL KLINGER, did knowingly and intentionally distribute a controlled substance, to wit: 28 grams or more of a mixture containing cocaine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 2

On or about March 6, 2018, within the District of Alaska, the defendant, NATHAN MICHAEL KLINGER, having been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit:

1. a Springfield Armory XDM .45 caliber pistol; and
2. and 25 rounds of .45 ACP caliber ammunition.

### Convictions

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| November 17, 2000 | Misconduct involving Weapons 2 | State of Alaska | 3AN-00-4491CR |
| January 1, 2004 | Robbery 1 | State of Alaska | 3AN-02-7406CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 3

On or about March 8, 2018, within the District of Alaska, the defendant, NATHAN MICHAEL KLINGER, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of actual methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

A TRUE BILL.

                                                 s/ Grand Jury Foreperson
                                                 GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 3/19/19